IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ECONOMY PREMIER ASSURANCE COMPANY       PLAINTIFF

VERSUS       CIVIL ACTION NO. 1:07cv1255HSO-JMR

PATSY B. GARCIA and ROGERS BROWN       DEFENDANTS

ROGERS BROWN       COUNTER-PLAINTIFF/
       THIRD PARTY PLAINTIFF

VERSUS

ECONOMY PREMIER ASSURANCE COMPANY       COUNTER-DEFENDANT

AND

METROPOLITAN PROPERTY AND CASUALTY
INSURANCE COMPANY and
HAILEY, MCNAMARA, HALL, LARMANN &
PAPALE, LLP       THIRD-PARTY DEFENDANTS

## ORDER GRANTING ECONOMY PREMIER ASSURANCE COMPANY'S AGREED MOTION TO DISMISS ROGERS BROWN

This cause came on for hearing before the Court on Plaintiff's Agreed Motion to Dismiss Rogers Brown [20] after consideration of the agreement of the parties, the pleadings on file, the Court finds that Plaintiff's Agreed Motion to Dismiss Rogers Brown from this matter, with prejudice should be granted. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff's Agreed Motion to Dismiss Rogers Brown with prejudice from the instant matter, should be and is hereby **GRANTED**.

**SO ORDERED AND ADJUDGED**, this the 29th day of July, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE