IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ECONOMY PREMIER ASSURANCE COMPANY                                PLAINTIFF

VERSUS                              CIVIL ACTION NO. 1:07cv1255HSO-JMR

PATSY B. GARCIA and ROGERS BROWN                                 DEFENDANTS


ROGERS BROWN                                        COUNTER-PLAINTIFF/
                                                    THIRD PARTY PLAINTIFF

VERSUS

ECONOMY PREMIER ASSURANCE COMPANY                   COUNTER-DEFENDANT

AND

METROPOLITAN PROPERTY AND CASUALTY
INSURANCE COMPANY and
HAILEY, MCNAMARA, HALL, LARMANN &
PAPALE, LLP                                         THIRD-PARTY DEFENDANTS

## ORDER GRANTING ROGERS BROWN'S AGREED MOTION TO DISMISS ECONOMY PREMIER ASSURANCE COMPANY METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY and HAILEY, MCNAMARA, HALL, LARMANN & PAPALE, LLP

This cause came on for hearing before the Court on Counter-Claimant/Third-Party Plaintiff Rogers Brown's Agreed Motion [21] to Dismiss Economy Premier Assurance Company, Metropolitan Property and Casualty Insurance Company and Hailey, McNamara, Hall, Larmann & Papale, LLP, and after consideration of the agreement of the parties, and the pleadings on file, the Court finds that Counter-Claimant/Third-Party Plaintiff Rogers Brown's Agreed Motion to Dismiss the

Counter-Claim/Third Party Claim against Economy Premier Assurance Company, Metropolitan Property and Casualty Insurance Company and Hailey, McNamara, Hall, Larmann & Papale, LLP, with prejudice should be granted. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Counter-Claimant/Third-Party Plaintiff Rogers Brown's Agreed Motion to Dismiss the Counter-Claim/Third Party Claim against Economy Premier Assurance Company, Metropolitan Property and Casualty Insurance Company and Hailey, McNamara, Hall, Larmann & Papale, LLP with prejudice from the instant matter, should be and is hereby **GRANTED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Defendant Hailey, McNamara, Hall, Larmann & Papale, LLP, is hereby terminated from this lawsuit.

**SO ORDERED AND ADJUDGED**, this the 29th day of July, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE